

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00032-CV
_____

RAMIRO "GAMBY" GAMBOA, APPELLANT

V.

TEXAS WINDSTORM INSURANCE ASSOCIATION, RICHARD CLIFTON CRAIG,
STEPHEN L. ELBERT, LYNDELL HAIGOOD, MICHAEL GERIK, RON LAWSON,
GEORGIA R. NEBLETT, MICHAEL O'MALLEY, EUGENE "GENE" SEAMAN,
AND EDWARD J. SHERLOCK, III, APPELLEES

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-14-000946, Honorable Lora J. Livingston, Presiding

March 25, 2015

On Agreed Motion to Dismiss

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Through their attorneys, the parties have filed an agreed motion to voluntarily dismiss the appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam